## ORSAMUS WAVER agt. JOHN HANFORD.

### TAXATION OF COSTS.

*February Term,* 1846.

MOTION by plaintiff for retaxation of defendant's costs.

This suit was commenced by capias; defendant arrested 3d July, 1845. Notice of retainer was served by defendant's attorney on plaintiff's attorney 5th July, 1845. No other appearance was entered by defendant and no special bail put in. On the 20th October, notice to declare was served on plaintiff's attorney. On the 6th of November, and during the sitting of the court, notice of discontinuance was served on defendant's attorney and that plaintiff would pay costs. On the 24th November, defendant's attorney entered a rule for default for not declaring and judgment for costs. On the 12th December

costs were taxed.    Plaintiff's attorney objected to the follow-
ing items:

| | |
|---|---|
| Brief and copies, . . . . . . | $3.00 |
| Judge signing record, $12\frac{1}{2}$; clerk filing record and entering satisfaction, $1.12½, . . . | 1.25 |
| Draft record, $3.00; execution, $1.00, . . | 4.00 |
| *Furnishing proof notice to declare, 50; affidavit of service, $12\frac{1}{2}$, . . . . . . | 62½ |
| Postage on notice to declare, 5; do. on default, 5, · | 10 |
| Memorandum back, 5; do. on record sent to Fredonia to be signed, 10, . . . . | 15 |
| Do. on return, 10, . . . . . . | 10 |

[*89]

$9.22

Plaintiff's counsel before the taxing officer objected to the
first item, on the ground that no issue was joined, and that no
brief had in fact been made; and to the remaining items as
unnecessary and improper, as the suit had been duly discon-
tinued, and notice given, that if taxed at all they should be
taxed prospectively.

> D. McMartin, *plaintiff's counsel.*
> Geo. W. Houghton, *plaintiff's attorney.*
> E. Ward, *defendant's counsel and attorney.*

Bronson, Chief Justice.    Ordered $3 for brief to be
stricken from the bill as taxed, and refunded by defendant to
plaintiff or his attorney.